THOMAS J. GLEASON, Respondent, v. CHARLES W. THOM et al., Appellants.

MOTION by appellants for reargument or for leave to appeal to the Appellate Division.

J. T. Davies and B. Tolles, for motion.

L. J. Morrison, opposed.

*Per Curiam.* For the reasons assigned in Hand v. Rogers and Lynch v. Sauer (opinions this day filed), the motion will be denied, with $10 costs.

Present: DALY, P. J., McADAM and BISCHOFF, JJ.

Motion denied, with $10 costs.

---

WILLIAM E. UPTEGROVE et al., Respondents, v. THE CENTRAL RAIL-ROAD OF NEW JERSEY, Appellant.

MOTION by appellant for leave to appeal to the Appellate Division.

De Forest Bros., for motion.

M. P. O'Connor, opposed.

*Per Curiam.* For the reasons assigned in Lynch v. Sauer, in which the opinion was this day filed, the motion will be denied, with $10 costs.

Present: DALY, P. J., McADAM and BISCHOFF, JJ.

Motion denied, with $10 costs.